Benjamin Wright
Wright Law Offices, PLC
2999 N. 44th Street, Ste 250
Phoenix, AZ 85018
602-344-9695
480-717-3380 (fax)
bwright@wloaz.com
Attorney for the Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| In Re: | In Proceedings Under Chapter 13 |
|---|---|
|  | Case No. 2:20-bk-01325-BMW |
| CARMAN MORALES GARZA, |  |
|  | OBJECTION TO MOTION TO DISMISS CASE FILED BY TRUSTEE |
| Debtor(s). |  |

Debtor, Carman Morales Garza, by and through undersigned counsel, hereby objects to the Motion to Dismiss Case filed by Russell Brown, Chapter 13 Trustee, hereinafter Trustee, and states as follows:

1. Trustee filed a motion to dismiss this case on September 1, 2021;

2. The basis for the dismissal request is for delinquent plan payments;

3. Debtor will bring plan payment current within 30 days;

Therefore, Debtor requests this Court:

A. Deny the Motion to Dismiss filed by Trustee; and

B. Granting such other relief as the Court deems appropriate.

September 30, 2021                         /s/ Benjamin Wright
                                           Benjamin Wright, Attorney for Debtor

Original filed and copies of the
Foregoing mailed on this the 30th
day of September 2021, to:

1

| | |
|---|---|
| 1 | U.S. Trustee |
| | Office of the U.S. Trustee |
| 2 | 230 North First Ave, Suite 204 |
| | Phoenix, AZ 85003 |
| 3 | USTPRegion14.PX.ECF@USDOJ.GOV |
| 4 | |
| 5 | Russell Brown |
| | Chapter 13 Trustee |
| 6 | Suite 800 |
| | 3838 N Central Ave |
| 7 | Phoenix, AZ 85012-1965 |
| 8 | 602-277-8996 |
| | mail@ch13bk.com |
| 9 | |
| 10 | PHH Mortgage Corporation |
| | c/o Janet Marie Spears |
| 11 | Aldridge Pite, LLP |
| | 4375 Jutland Dr. |
| 12 | San Diego, CA 92117 |
| 13 | 858-750-7600 |
| | 619-590-1385 (fax) |
| 14 | ecfazb@aldridgepite.com |
| 15 | |
| 16 | PRA Receivables Management, LLC |
| | PO Box 41021 |
| 17 | Norfolk, VA 23541 |
| | (877) 829-8298 |
| 18 | (757) 351-3257 (fax) |
| 19 | claims@recoverycorp.com |
| 20 | /s/ Rebecca Casteel |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |