Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>CARMEN MORALES GARZA,<br><br>Debtor. | Chapter 13<br><br>Case No. 2-20-bk-01325-BMW<br><br>**TRUSTEE'S RECOMMENDATION ON FIRST MODIFIED PLAN**<br><br>Deadline is January 4, 2022 |

The Trustee has reviewed the Modified Plan, Schedules, and Statement of Financial Affairs. The Modification proposes the following changes to the Confirmed Plan:

(1) The Modification revises the Plan payment schedule as follows:

    a. Plan payments for months 7 - 16 are set at $1,060.00.

    b. Plan payments for months 17 - 20 are set at $0.00.

    c. Plan payments for months 21 - 60 are set at $830.00.

(2) Debtors' attorney has requested an additional $750.00 for the preparation and confirmation of the Modified Plan.

(3) In all other aspects, the Plan as confirmed on September 16, 2020, remains the same.

(4) The Plan removes mortgage arrears based on the Debtor's current participation in the Mortgage Modification Mediation Program (MMM). Once a final decision has been reached in the

MMM program, the Debtors may be required to file an additional modified plan incorporating the terms of the final MMM decision.

(5) The case has been referred to the Mortgage Modification Mediation Program. Therefore, a plan would not be confirmable until the mortgage modification is approved or denied. The Trustee is not requesting an order confirming the plan until the mediation is completed. However, the Debtor(s) must continue to move the case forward and resolve other issues in the case. While the Trustee would not lodge a dismissal order for failure to provide a proposed order confirming plan until the mediation is concluded, the Trustee would lodge a dismissal order for failure to resolve other issues stated in this Recommendation.

PLAN PAYMENT STATUS: Debtor is currently $1,870.00 in plan payment default, with an additional payment of $830.00 due on December 8, 2021. Debtor is reminded that her plan payments are due to the Trustee no later than the 8th of each month.

SUMMARY: Pursuant to Local Rule 2084-10(b), by January 4, 2022, Debtor is to resolve all of the above issues and provide the Trustee with a proposed order confirming plan that meets the above requirements, or the Debtor must file an objection to the Recommendation and obtain a hearing date. If neither is accomplished, then the Trustee could file a notice of intent to lodge a dismissal order.

Copy mailed or emailed to:

CARMEN MORALES GARZA
8009 SOUTH CALLE MARAVILLA
TEMPE, AZ 85283

BENJAMIN WRIGHT
WRIGHT LAW OFFICES, PLC
2999 N. 44TH ST., SUITE 250
PHOENIX, AZ 85018
BWRIGHT@WLOAZ.COM

_____
Dawn M. Smith - Case Analyst
dsmith@ch13bk.com